UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05516
    MARIA ELENA MORENO VILLAGOMEZ

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

             Debtor
    SSN XXX-XX-7513

--------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 02/17/2005 and was confirmed 03/30/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  46.98% from remaining funds.

    The case was paid in full 07/24/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORDSTROM FSB | UNSECURED | 2880.78 | .00 | 1353.42 |
| ROUNDUP FUNDING LLC | UNSECURED | 6757.06 | .00 | 3174.53 |
| ROUNDUP FUNDING LLC | UNSECURED | 1454.42 | .00 | 683.30 |
| ECAST SETTLEMENT CORP | SECURED | 200.00 | 2.64 | 200.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1979.52 | .00 | 930.00 |
| BEST BUY | NOTICE ONLY | NOT FILED | .00 | .00 |
| BEST BUY | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9419.32 | 306.80 | 9419.32 |
| INTERNAL REVENUE SERVICE | UNSECURED OTH | 872.29 | .00 | 409.95 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 2464.68 | .00 | 1157.93 |
| AMERICAN EXPRESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 7670.70 | .00 | 3603.77 |
| AMERICAN EXPRESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 15468.35 | .00 | 7267.19 |
| AMERICAN EXPRESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 10582.95 | .00 | 4971.98 |
| BLOOMINGDALES | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED OTH | 442.76 | .00 | 208.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 6202.94 | .00 | 2914.20 |
| CITICARDS | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 11313.48 | .00 | 5315.19 |
| KOHLS | UNSECURED | 1498.35 | .00 | 703.94 |
| KOHLS DEPARTMENT STORES | NOTICE ONLY | NOT FILED | .00 | .00 |
| LORD & TAYLOR | UNSECURED | 340.29 | .00 | 159.87 |
| MARSHALL FIELDS | UNSECURED | 6725.36 | .00 | 3159.64 |
| MARSHALL FIELDS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAMS CLUB CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 2692.86 | .00 | 1265.13 |
| TARGET | NOTICE ONLY | NOT FILED | .00 | .00 |
| TARGET | NOTICE ONLY | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 3,093.20 |

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 05516 MARIA ELENA MORENO VILLAGOMEZ

```
DEBTOR REFUND              REFUND                                  883.01
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                                 RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                        53,883.01

PRIORITY                                            9,419.32
     INTEREST                                         306.80
SECURED                                               200.00
     INTEREST                                           2.64
UNSECURED                                          37,278.04
ADMINISTRATIVE                                      2,700.00
TRUSTEE COMPENSATION                                3,093.20
DEBTOR REFUND                                         883.01
                               ---------------    ---------------
TOTALS                         53,883.01           53,883.01
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE